ELLIOT ENOKI #1528
Acting United States Attorney
District of Hawaii

THOMAS A. HELPER #5676
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Tom.helper@usdoj.gov

Attorney for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TITA BLANKENFELD,<br><br>             Plaintiff,<br><br>   vs.<br><br>UNITED STATES OF AMERICA; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-10,<br>             Defendants. | CIVIL NO. 16-00462 JMS KSC<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties above-named, by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, that the above-entitled action be dismissed with prejudice, each party to bear its own costs.  There are no remaining claims or

parties.  This stipulation may be signed in counterparts.

DATED:  November 13, 2017, Honolulu, Hawaii.

        ELLIOT ENOKI
        Acting United States Attorney
        District of Hawaii

         /s/ Thomas A. Helper
By _____
    THOMAS A. HELPER
    Assistant U.S. Attorney

Attorneys for Defendant
United States of America

DATED:  November 16, 2017, Honolulu, Hawaii.

    /s/ Rechelle A.M. Barboure
_____
LAURENT J. REMILLARD, JR, ESQ.
DON V. HUYNH, ESQ.
RECHELLE A.M. BARBOURE, ESQ.

Attorneys for Plaintiffs

APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, November 17, 2017.



   /s/ J. Michael Seabright
   J. Michael Seabright
   Chief United States District Judge

TITA BLANKENFELD v. U.S.; Civil No. 16-00462 JMS KSC
"Stipulation and Order For Dismissal With Prejudice"

2